JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO ANTONIO MORA, | Case No. EDCV 15-1774-CJC (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| DAVID LONG, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus, Administratively Closing Case, and Referring Petition to Ninth Circuit Court of Appeals,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 8, 2015 _____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE